**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANTHONY ACOSTA,
    Plaintiff/Counter-defendant,

vs.                                        CASE NO. 8:12-CV-1530-T-EAK-TGW

UNITED RENTALS etc.,
    Defendant/Counter-plaintiff.
_____/

## ORDER GRANTING MOTION TO DISMISS

This cause is before the Court on the Plaintiff's motion for voluntary dismissal without prejudice (Doc. 39) and response thereto (Doc. 40). The Defendant agrees to the dismissal with the request that the Court order the Plaintiff to pay "Defendant's reasonable attorney's fees and costs...should Plaintiff elect to re-file his action against the Defendant." The Plaintiff's motion agreed essentially to the payment of fees and cost. Accordingly, it is

**ORDERED** that Plaintiff's motion for voluntary dismissal without prejudice (Doc. 39) be **granted** with the directive that if the Plaintiff refiles his action against the Defendant he will be required to pay Defendant's reasonable attorney's fees and cost as incurred in the instant action..

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 11th day of September, 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record